UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD HOPKINS,

     Plaintiff,

v.

                                Case No. 1:22-cv-1231

CORRECT CARE SOLUTIONS, et al.,        HONORABLE PAUL L. MALONEY

     Defendants.

_____/

**ORDER**

     This is a pro se civil rights action filed by the plaintiff pursuant to 42 U.S.C. § 1983. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 27, 2023, recommending that this Court dismiss the lawsuit. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

     **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

     **IT IS FURTHER ORDERED** that this action is DISMISSED WITH PREJUDICE.

     A Judgment will be entered consistent with this Order.

Dated:  January 17, 2024              /s/  Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge