UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD HOPKINS,

    Plaintiff,

v.

                              Case No. 1:22-cv-1231

CORRECT CARE SOLUTIONS, et al.,

                              HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  January 17, 2024                                      /s/  Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge